**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kirsten Schneider

            Plaintiff,

v.                   Case No.: 1:19–cv–07820
                    Honorable Martha M. Pacold

Reliastar Life Insurance Company

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 23, 2020:

  MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed with prejudice, and without an award of fees or costs to either party pursuant to the Joint Stipulation of Dismissal with Prejudice [28] filed by the parties on 9/22/20.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.